AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2026

SEAN F. MCAVOY, CLERK

KELLY T.,
*Plaintiff*
v.
FRANK BISIGNANO,
Commissioner of Social Security,
*Defendant*

Civil Action No. 1:26-cv-3126-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ____________________ recover from the defendant *(name)* ____________________ the amount of ____________________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* ____________________ .

☑ other: The parties' Stipulated Motion for Remand (ECF No. 10) is GRANTED.
This matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Plaintiff's brief (ECF No. 8) is TERMINATED.
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge ____________________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ____________________ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date: 10/29/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*